# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| UNITED STATES of AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HARRY SKEINS, JR, ) <br> ) <br> Defendant. ) | **CR06-280 TSZ** <br><br> **MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The request for a Waiver of Appearance by the defendant for Arraignment is DENIED. The defendant is directed to appear as scheduled on Thursday, August 24, 2006, at 9:00am, in Courtroom 12B, United States Courthouse, Seattle, Washington.

Dated this 21st day of August, 2006

/S/ PETER H. VOELKER
 Deputy Clerk

**MINUTE ORDER**