# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| UNITED STATES of AMERICA,  )<br>                                                       )<br>                   Plaintiff,      )<br>                                                       )<br>         vs.                                    )<br>                                                       )<br> HARRY SKEINS, JR.,                )<br>                                                       )<br>                   Defendant.  ) | **CR06-280 TSZ**<br><br>**MINUTE ORDER DENYING MOTION FOR WAIVER OF ARRAIGNMENT** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The defendant filed a Waiver of Arraignment (dkt #34) on August 21, 2006. As the defendant had not appeared on the charges, the waiver request was denied by Minute Order (dkt #35), and the defendant directed to appear as scheduled for arraignment on August 25, 2006. The defendant filed a Motion to Waive Arraignment (under seal) (dkt #37) subsequent to the filing of the Minute Order.

Neither the defendant nor counsel appeared for arraignment as directed. The Court has reviewed the motion (dkt #37) which should be considered a motion for reconsideration. The motion is DENIED. The policy of this Court has been and remains that a defendant is to be

**MINUTE ORDER**

1  present for his initial arraignment.  If a superceding indictment is filed, a waiver of presence may
2  be appropriate.  That is not the case here.
3         IT IS HEREBY ORDERED AND DIRECTED that the defendant, Harry Skeins, Jr., and
4  his counsel appear before this Court on Thursday, August 31, 2006, at 9:00am, in Courtroom
5  12B, U.S. Courthouse, Seattle, Washington, for purposes of arraignment.

DATED this 25th day of August, 2006

/S/ PETER H. VOELKER
Peter H. Voelker,  Deputy Clerk

**MINUTE ORDER**